United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 26, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60270
Summary Calendar

QUISER ALI KHAN,

                                             Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                             Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A97 548 804
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

    Petitioner Quiser Ali Khan, a native and citizen of Pakistan, petitions for review of the decision of the Board of Immigrations Appeals (BIA) summarily affirming the Immigration Judge's order of removal and denial of applications for asylum and withholding of removal.

    An alien must file his petition for review "not later than 30 days after the date of the final order of removal." 8 U.S.C. § 1252(b)(1). The 30-day filing deadline is jurisdictional. <u>Navarro-Miranda v. Ashcroft</u>, 330 F.3d 672, 676 (5th Cir. 2003).

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The 30-day filing deadline began to run in the instant case on Wednesday, February 22, 2006, when the BIA issued its decision and wrote to Khan's counsel at his address of record, transmitting to him a copy of the decision. The deadline expired on Friday, March 24, 2006. See <u>Karimian-Kaklaki v. INS</u>, 997 F.2d 108, 110-11 (5th Cir. 1993). Khan's petition for review, received and filed on March 27, 2006, was untimely. As such, this court lacks jurisdiction. See <u>id.</u> at 111-13; <u>Guirguis v. INS</u>, 993 F.2d 508, 509-10 (5th Cir. 1993); <u>see</u> <u>also</u> <u>Navarro-Miranda</u>, 330 F.3d at 676.

DISMISSED FOR LACK OF JURISDICTION.